IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Debra S. Sheheen, | ) | C/A No.: 3:13-cv-2305-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DePuy Orthopaedics, Inc.; Macari Medical, Inc.; and William G. Macari, | ) ) | |
| | ) | |
| Defendants. | ) ) | |

This case comes before the court on an unopposed Motion to Stay filed by Defendant DePuy Orthopaedics ("DePuy"). ECF No. 7. Specifically, DePuy seeks to stay all proceedings and to vacate all deadlines in this action pending transfer by the Judicial Panel on Multidistrict Litigation to MDL No. 2197, *In re: DePuy Orthopaedics, Inc., ASR Hip Implant Products Liability Litigation*. MDL No. 2197 is the multidistrict litigation proceeding established in the Northern District of Ohio to coordinate all federal products liability actions, like this one, involving the ASR™ XL Acetabular System and the ASR™ Hip Resurfacing System ("ASR™ Hip Systems"). This court's power to stay is well established. It is "incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). This court is persuaded that this case should be stayed pending transfer to MDL No. 2197, and, therefore, grants DePuy's Motion.

IT IS SO ORDERED.

September 3, 2013     Joseph F. Anderson, Jr.
Columbia, South Carolina     United States District Judge

1